UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| ERIC M. McMILLIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:12-CV-162-FL |
| | ) | |
| OFFICER E.W. GILYARDI, | ) | |
| Raleigh Police Department, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 27, 2012, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is granted. Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on November 28, 2012, and Copies To:**

Eric M. McMillian (via U.S. Mail) - 219 Parkland Road, Raleigh, NC 27603
Hunt K. Choi (via CM/ECF Notice of Electronic Filing)

November 28, 2012        JULIE A. RICHARDS, CLERK
                            /s/ Christa N. Baker
                           (By) Christa N. Baker, Deputy Clerk